```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 55683
   THERESA PAGE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6049


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 10/14/2005 and was confirmed 12/22/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 01/16/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                           PAID            PAID
---------------------------------------------------------------------------
JP MORGAN CHASE BANK      SECURED          5700.00          857.69         2139.56
JP MORGAN CHASE BANK      UNSECURED       NOT FILED            .00             .00
SCHOTTLER & ZUKOSKY       PRIORITY        NOT FILED            .00             .00
SEARS CARD                UNSECURED       NOT FILED            .00             .00
SCHOTTLER & ZUKOSKY       NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE               UNSECURED         549.65             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         973.24             .00             .00
SALLIE MAE GUARANTEE SER  FILED LATE       4092.74             .00             .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY      1,894.00                        1,894.00
TOM VAUGHN                TRUSTEE                                            293.75
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  5,185.00

PRIORITY                                              .00
SECURED                                          2,139.56
    INTEREST                                       857.69
UNSECURED                                             .00
ADMINISTRATIVE                                   1,894.00
TRUSTEE COMPENSATION                               293.75
DEBTOR REFUND                                         .00
                         --------------       --------------
TOTALS                   5,185.00                5,185.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 55683 THERESA PAGE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 04/23/08                  /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE